**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95618**
    **Telephone:**    **530.759.0700**
    **Facsimile:**    **530.759.0800**

**Attorney for Defendant**
**ANDRES GUZMAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 13-CR-00288 MCE |
|         Plaintiff, | |
| vs. | REQUEST FOR WAIVER OF PRESENCE |
| ANDRES GUZMAN, | |
|         Defendant. | |

      Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

      Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times

and delays under the Act without defendant being present.

Dated: August ___, 2013          ___Signature on file_____
                                                                      ANDRES GUZMAN

Approved: August 27, 2013          By: ___/s/ Jennifer C. Noble___
JENNIFER C. NOBLE
Attorney for Defendant
ANDRES GUZMAN

Dated: August 27, 2013          Respectfully submitted,

WISEMAN LAW GROUP, P.C.

By: ___/s/ Jennifer C. Noble ___
JENNIFER C. NOBLE
Attorney for Defendant
ANDRES GUZMAN

    The Court approves the above waiver of presence.

        IT IS SO ORDERED.

Dated: September 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT